## Murrell *et al.* v. Barnwall.

APPEAL from Mobile Probate Court.

Heard before the Hon. PRICE WILLIAMS, JR.

GREGORY L. & H. T. SMITH, for appellant.

BESTOR & GRAY, MILLER & PRINCE, and JOHN E. MITCHELL, *contra.*

This was a contest over the probate of the will of Mary E. Barnwall. The appeal is prosecuted from a decree of the probate court ordering the will probated. Affirmed.

Opinion by BRICKELL, C. J.